**Wayne Johnson, SBN: 112588**
**Attorney At Law**
**P.O. Box 19157**
**Oakland, CA 94619**
**(510) 451-1166**

**Attorney for Plaintiff, Novender Fleming**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING, | CIVIL NO: C-09-01613 BZ |
| PLAINTIFF, | STIPULATION RE FILING FIRST AMENDED COMPLAINT FOR DAMAGES |
| v. | |
| OAKLAND POLICE OFFICERS NADIA CLARK, R. McMILLAN, R. MILLER INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, THE CITY OF OAKLAND AND DOES 1-10, | |
| DEFENDANTS. / | |

It is hereby stipulated by the parties that plaintiff, Novender Fleming, may file a first Amended Complaint, naming R. McMillan and N. Miller as additional defendants.

It is so stipulated.

Dated: August 13, 2009

                                           S/
                                Wayne Johnson
                                Attorney for Plaintiff

STIPULATION TO FILE FIRST AMENDED COMPLAINT - 1 –

Dated: August 13, 2009

                                 S/
                        CHARLES E. VOSE
                        SR. CITY ATTORNEY
                        Attorney for Defendants

## ORDER

It is ordered that Plaintiff, Novender Fleming, may file a First Amended Complaint, naming R. McMillan and N. Miller as additional defendants. Defendants shall have 20 days from the date of service to file a response.

IT IS SO ORDERED.

Dated: August 17, 2009

                        BERNARD ZIMMERMAN
                        UNITED STATES MAGISTRATE JUDGE