```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                     NORTHERN DISTRICT OF CALIFORNIA
10
11   NOVENDER FLEMING,             )
                                   )
12            Plaintiff(s),        )      No. C 09-1613 BZ
                                   )
13        v.                       )
                                   )      ORDER RE IN CAMERA REVIEW
14   NADIA CLARK, et al.,          )
                                   )
15            Defendant(s).        )
                                   )
16
```

17       Before the Court is plaintiff's motion to compel
18  defendants to produce the affidavit filed by defendant Clark
19  when she applied for the search warrant that gave rise to the
20  incident of which plaintiff complains.  In part, plaintiff
21  claims that the search was conducted without probable cause.
22  The Court has determined that it needs to review the affidavit
23  *in camera* before it can rule on the motion.  The Court further
24  understands that the Superior Court of Alameda County has thus
25  far refused to authorize the disclosure of the affidavit.  **IT
26  IS THEREFORE ORDERED** that by **October 15, 2009**, counsel for
27  defendants shall present a copy of this Order to the Alameda
28  County Superior Court and request that Court to authorize him

1

to provide this Court with a copy of the affidavit for *in camera* review.  After obtaining it, counsel for defendants shall lodge a copy with chambers and shall notify plaintiff of the lodging.

Dated:  October 5, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FLEMING v. CLARK\ORDER RE IN CAMERA REVIEW.wpd