UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NOVENDER FLEMING,<br><br>    Plaintiff(s),<br><br>    V.<br><br>NADIA CLARK, Oakland Police Officer, et al.,<br><br>    Defendant(s). | No.  C09-1613 BZ<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephonic status conference is scheduled for **Friday, November 6, 2009 at 8:45 a.m.,** to discuss discovery issues.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: November 4, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FLEMING v. CLARK\TEL CONF 2.wpd

1