UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br><br>        Plaintiff(s),<br><br>  v.<br><br>NADIA CLARK, et al.,<br><br>        Defendant(s). | No. C 09-1613 BZ<br><br>**ORDER RE *IN CAMERA* REVIEW** |

Plaintiff's motion to compel production of the sealed affidavit is **GRANTED** to the extent that the defendants are **ORDERED** to produce an unredacted copy to my chambers for an *in camera* review by **November 19, 2009.** If defendants wish, they may also submit a copy of the affidavit with proposed redactions of information that could be used to identify the confidential informant.

Dated: November 12, 2009

                                      Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-BZCASES\FLEMING v. CLARK\ORDER RE IN CAMERA REVIEW v. 2.wpd

1