1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  NOVENDER FLEMING,               )
                                    )
12          Plaintiff(s),           )       No. C 09-1613 BZ
                                    )
13      v.                          )       Related Case: C09-4757 BZ
                                    )
14  NADIA CLARK, et al.,            )       **SEALING ORDER**
                                    )
15          Defendant(s).           )
   ┌─────────────────────────────┐  )
16

17      After reviewing *in camera* Defendant Nadia Clark's

18  affidavit and concluding that it could present a risk of

19  danger to a third party, **IT IS ORDERED** the affidavit shall

20  be **SEALED.**

21  Dated: November 19, 2009

22

23  _____

          Bernard Zimmerman
24        United States Magistrate Judge

25

    G:\BZALL\-BZCASES\FLEMING v. CLARK\ORDER SEALING AFFIDAVIT OF DEF.wpd
26

27

28


                            1