JOHN A. RUSSO, City Attorney, State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961     Fax: (510) 238-6500
cevose@oaklandcityattorney.org
26502/612778

Attorneys for Defendants
CITY OF OAKLAND and OFFICERS
NADIA CLARK, NICHOLAS MILLER,
TRENT THOMPSON, PATRICK GERRANS,
and ROBERT McMILLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br><br>Plaintiff,<br><br>OAKLAND POLICE OFFICERS NADIA CLARK, AND OAKLAND POLICE OFFICERS WHOSE NAMES ARE NOT KNOWN TO PLAINTIFFS AT THIS TIME, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, THE CITY OF OAKLAND, AND DOES 1-10,<br><br>Defendants. | Case No.: C 09-01613 BZ (EDL)<br>Case No.: C 09-04757 BZ (EDL)<br><br>**ORDER EXCUSING OFFICERS FROM SETTLEMENT CONFERENCE**<br><br>The Honorable Elizabeth D. Laporte |
| VICTOR JONES<br><br>Plaintiff,<br><br>v.<br>NADIA CLARK, R. MCMILLAN,<br>T. THOMPSON, P. GERRANS, et al.,<br><br>Defendants. | |

|   |   |
|---|---|
| 1 | Upon application by defendants in this action, Oakland Police Officers NADIA CLARK, NICHOLAS MILLER, TRENT THOMPSON, PATRICK GERRANS and ROBERT McMILLAN, it is hereby ordered as follows: |

Upon application by defendants in this action, Oakland Police Officers NADIA CLARK, NICHOLAS MILLER, TRENT THOMPSON, PATRICK GERRANS and ROBERT McMILLAN, it is hereby ordered as follows:

Oakland Police Officers ~~NADIA CLARK,~~ NICHOLAS MILLER, TRENT THOMPSON, PATRICK GERRANS and ROBERT McMILLAN are hereby excused from attending the Settlement Conference in this action, currently scheduled for Friday, December 11, 2009. A command level member of the Oakland Police Department will attend the Settlement Conference on behalf of defendants. as will Defendant Nadia Clark.

**IT IS SO ORDERED.**

Dated: December 7, 2009

*Elizabeth D. Laporte*
THE HONORABLE ELIZABETH LAPORTE
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

2

ORDER EXCUSING OFFICERS FROM
SETTLEMENT CONFERENCE

C09-1613 BZ (EDL)
C09-4757 BZ (EDL)