1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| VICTOR JONES, | ) | |
| Plaintiff(s), | ) | No. C09-4757 BZ |
| v. | ) | Related Case: C09-1613 BZ |
| NADIA CLARK, et al., | ) | **ORDER SCHEDULING JURY TRIAL AND ORDER CONSOLIDATING CASES** |
| Defendant(s). | ) | |

Following the Case Management Conference, **IT IS HEREBY ORDERED** that the Joint Case Management Statement is adopted, except as expressly modified by this Order.  It is further **ORDERED** that:

1. <u>DATES</u>

Last Day for Expert Discovery: **Friday, 4/16/2010**

Last Day for Rebuttal Expert Disclosure: **Friday, 4/9/2010**

Further Status Conference: **Monday, 4/5/2010, 4:00 p.m.**

Last Day for Expert Disclosure: **Friday, 4/2/2010**

Close of Non-expert Discovery: **Friday, 3/26/2010**

2. <u>Consolidation</u>

By stipulation of parties, **IT IS ORDERED** that the cases

1

referenced above be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42.  With the exception of the dates above, the case management order in <u>Fleming v. Clark</u>, C09-1613 dated August 12, 2009 shall remain in effect.

Dated: January 27, 2010

```
                        Bernard Zimmerman
                   United States Magistrate Judge
```

G:\BZALL\-BZCASES\JONES V. CLARK\PRETRIAL AND CONSOLID ORDER.wpd