UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOVENDER FLEMING, | ) | |
| Plaintiff(s), | ) | No. C09-1613 BZ |
| v. | ) | |
| NADIA CLARK, et al., | ) | and Consolidated Case |
| Defendant(s). | ) | |
| VICTOR JONES, | ) | |
| Plaintiff(s), | ) | No. C09-4757 BZ |
| v. | ) | |
| NADIA CLARK, et al., | ) | **FOURTH DISCOVERY ORDER** |
| Defendant(s). | ) | |

Having read Mr. Johnson's letter of March 12, 2010, **IT IS HEREBY ORDERED** that all depositions be completed by **March 26, 2010**. The Court's orders take precedence over the convenience of counsel and witnesses. The parties are **FURTHER ORDERED** to meet and confer on the record and cooperate in devising an appropriate deposition schedule. If they are unsuccessful, the party seeking court intervention shall notify the Court

1

1 | and lodge the record of their meeting.

2 | Dated: March 16, 2010

3 | _____
Bernard Zimmerman
4 | United States Magistrate Judge

G:\BZALL\-BZCASES\FLEMING v. CLARK\DISC ORD 4.wpd

2