UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br><br>        Plaintiff(s),<br><br>  v.<br><br>NADIA CLARK, et al.,<br><br>        Defendant(s).<br>──────────────────────<br>VICTOR JONES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>NADIA CLARK, et al.,<br><br>        Defendant(s).<br>────────────────────── | No. C09-1613 BZ<br><br>and Consolidated Case<br><br><br><br>No. C09-4757 BZ<br><br>**BRIEFING ORDER** |

    Having received plaintiffs' motion for leave to file a second amended complaint, **IT IS ORDERED** that any opposition shall be filed by **APRIL 2, 2010**.  Any reply shall be filed by

//

//

//

//

1

**APRIL 9, 2010.**  The hearing scheduled for **APRIL 28, 2010** is **VACATED**.  The Court will schedule a hearing if necessary.

Dated: March 23, 2010

                                  Bernard Zimmerman
                      United States Magistrate Judge

G:\BZALL\-BZCASES\FLEMING v. CLARK\BRIEFING ORD.wpd