UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOVENDER FLEMING,<br><br>        Plaintiff(s),<br><br>  v.<br><br>NADIA CLARK, et al.,<br><br>        Defendant(s). | ) ) ) ) ) ) ) ) ) ) | No. C09-1613 BZ<br><br>and Consolidated Case |
| VICTOR JONES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>NADIA CLARK, et al.,<br><br>       Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | No. C09-4757 BZ<br><br>**ORDER VACATING JURY TRIAL** |

    **IT IS ORDERED** that the jury trial scheduled for **JUNE 14, 2010** is **VACATED**. The Court will issue a scheduling order after resolving the motion to amend the complaint.

Dated:

                              Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\FLEMING v. CLARK\SCHED ORD.wpd

1