```
 1  JOHN A. RUSSO, City Attorney – SBN 129729
    RANDOLPH W. HALL, Chief Assistant City Atty. – SBN 080142
 2  JAMES F. HODGKINS, Supervising Trial Atty. – SBN 142561
    CHARLES E. VOSE, Senior Deputy City Atty. – SBN 139700
 3  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California 94612
 4  Telephone: (510) 238-2961    Fax: (510) 238-6500
    cevose@oaklandcityattorney.org
 5  26944/642454

 6  Attorneys for Defendant
    CITY OF OAKLAND, Et Al
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br><br>             Plaintiff,<br><br>      v.<br><br>OAKLAND POLICE OFFICERS NADIA CLARK, AND OAKLAND POLICE OFFICERS WHOSE NAMES ARE NOT KNOWN TO PLAINTIFFS AT THIS TIME, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, THE CITY OF OAKLAND, AND DOES 1-10,<br><br>             Defendant(s). | Case No. C09-01613 BZ<br><br>**SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER** |
| VICTOR JONES,<br><br>             Plaintiff,<br><br>      v.<br><br>NADIA CLARK, R. MCMILLAN, T. THOMPSON, P. GERRANS, INDIVIDUALLY, AND IN THEIR CAPACITIES AS POLICE OFFICERS EMPLOYED BY THE CITY OF OAKLAND, THE CITY OF OAKLAND AND DOES 1-10,<br><br>             Defendants. | Case No. C09-04757 BZ |

1

1 THE COURT AND ALL PARTIES ARE NOTIFIED THAT PATRICK GERRANS
2 makes the following substitution:
3    1.   Former legal representative: John A. Russo, City Attorney, Charles E. Vose,
4 Senior Deputy City Attorney, One Frank H,. Ogawa Plaza, 6th Floor, Oakland, California
5 94612, telephone (510) 238-2961.
6    2.   New legal representative: Geoffrey A. Beaty, Esq., David T. Shuey, Esq.,
7 Rankin, Sproat, Mires, Beaty & Reynolds, 1970 Broadway, Suite 1150, Oakland, California,
8 94612
9    3.   Mr. Beaty's e-mail is beaty@rankinlaw.com and Mr. Shuey's e-mail address is
10 shuey@rankinlaw.com and their telephone number is (510) 465-3922.
11    4.   The parties making this substitution are defendants and so consent to this
12 substitution.
13    5.   I hereby attest that I have on file all holograph signatures for any signatures
14 indicated by a "conformed signature (/s/) with this efiled document.
15
16 Dated: March 10, 2010
17                               JOHN A. RUSSO, City Attorney
                                RANDOLPH W. HALL, Chief Assistant City Attorney
18                               JAMES F. HODGKINS, Supervising Trial Attorney
                              CHARLES E. VOSE, Senior Deputy City Attorney
19
20                               By: _____
                              Attorneys for Defendant
21                               CITY OF OAKLAND, et al
22    I consent to this substitution:
23 Dated: March ____, 2010
24
25
26                               By _____
                              PATRICK GERRANS

```
 1
 2        I consent to this substitution:
 3   Dated: March  10 , 2010            RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
 4
 5
                                        By  /s/ David T. Shuey
 6
                                            DAVID T. SHUEY
 7
 8
          Good cause appearing, the substitution is approved.
 9
          IT IS SO ORDERED
10
11   Dated:  9/Apr/10           , 2010
12                                            /s/ Bernard Zimmerman
                                            BERNARD ZIMMERMAN
13                                          JUDGE OF THE UNITED STATES
                                            DISTRICT COURT
14
```

---

SUBSTITUTION OF ATTORNEY                                                    C09-01613 BZ

3