1  JOHN A. RUSSO, City Attorney – SBN 129729
   RANDOLPH W. HALL, Chief Assistant City Atty. – SBN 080142
2  JAMES F. HODGKINS, Supervising Trial Atty. – SBN 142561
   CHARLES E. VOSE, Senior Deputy City Atty. – SBN 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-2961     Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  26944/642455

6  Attorneys for Defendant
   CITY OF OAKLAND, Et Al
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  NOVENDER FLEMING,                      Case No.  C09-01613 BZ

12          Plaintiff,
                                           SUBSTITUTION OF ATTORNEY
13      v.                                 AND PROPOSED ORDER

14  OAKLAND POLICE OFFICERS NADIA
    CLARK, AND OAKLAND POLICE
15  OFFICERS WHOSE NAMES ARE NOT
    KNOWN TO PLAINTIFFS AT THIS TIME,
16  INDIVIDUALLY, AND IN THEIR
    CAPACITIES AS EMPLOYEES OF THE
17  CITY OF OAKLAND, THE CITY OF
    OAKLAND, AND DOES 1-10,
18
            Defendant(s).
19
    VICTOR JONES,                          Case No.  C09-04757 BZ
20
            Plaintiff,
21
        v.
22
    NADIA CLARK, R. MCMILLAN,
23  T. THOMPSON, P. GERRANS,
    INDIVIDUALLY,AND IN THEIR
24  CAPACITIES AS POLICE OFFICERS
    EMPLOYED BY THE CITY OF OAKLAND,
25  THE CITY OF OAKLAND AND DOES 1-10.

26          Defendants.

1

1    THE COURT AND ALL PARTIES ARE NOTIFIED THAT TRENT THOMPSON

2    makes the following substitution:

3        1.       Former legal representative:  John A. Russo, City Attorney, Charles E. Vose,

4    Senior Deputy City Attorney, One Frank H,. Ogawa Plaza, 6th Floor, Oakland, California

5    94612, telephone (510) 238-2961.

6        2.       New legal representative:  Geoffrey A. Beaty, Esq., David T. Shuey, Esq.,

7    Rankin, Sproat, Mires, Beaty & Reynolds, 1970 Broadway, Suite 1150, Oakland, California,

8    94612

9        3.       Mr. Beaty's e-mail is beaty@rankinlaw.com and Mr. Shuey's e-mail is

10   shuey@rankinlaw.com and their telephone number is (510) 465-3922.

11       4.       The parties making this substitution are defendants and so consent to this

12   substitution.

13       5.       I hereby attest that I have on file all holograph signatures for any signatures

14   indicated by a "conformed signature (/s/) with this e-filed document.

15

16   Dated:  March 10, 2010

17                                    JOHN A. RUSSO, City Attorney
                                      RANDOLPH W. HALL, Chief Assistant City Attorney
18                                    JAMES F. HODGKINS, Supervising Trial Attorney
                                      CHARLES E. VOSE, Senior Deputy City Attorney
19

20                            By: _____

21                                    Attorneys for Defendant
                                      CITY OF OAKLAND

22       I consent to this substitution:

23   Dated:  March _12_, 2010

24

25

26                            By _____
                                      TRENT THOMPSON

2

1

2      I consent to this substitution:

3   Dated: March _12_ , 2010            RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

4

5

                     By _____

6                             DAVID T. SHUEY

7

8      Good cause appearing, the substitution is approved.

9      **IT IS SO ORDERED**

10

11   Dated: _____ , 2010

12                                 BERNARD ZIMMERMAN

13                                 JUDGE OF THE UNITED STATES
                                     DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

3

SUBSTITUTION OF ATTORNEY                                            C09-01613 BZ