```
 1  JOHN A. RUSSO, City Attorney – SBN 129729
    RANDOLPH W. HALL, Chief Assistant City Atty. – SBN 080142
 2  JAMES F. HODGKINS, Supervising Trial Atty. – SBN 142561
    CHARLES E. VOSE, Senior Deputy City Atty. – SBN 139700
 3  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California 94612
 4  Telephone: (510) 238-2961     Fax: (510) 238-6500
    cevose@oaklandcityattorney.org
 5  26944/643523

 6  Attorneys for Defendant
    CITY OF OAKLAND, Et Al
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br><br>    Plaintiff,<br><br>v.<br><br>OAKLAND POLICE OFFICERS NADIA CLARK, AND OAKLAND POLICE OFFICERS WHOSE NAMES ARE NOT KNOWN TO PLAINTIFFS AT THIS TIME, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, THE CITY OF OAKLAND, AND DOES 1-10,<br><br>    Defendant(s). | Case No. C09-01613 BZ<br><br>**SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER** |
| VICTOR JONES,<br><br>    Plaintiff,<br><br>v.<br><br>NADIA CLARK, R. MCMILLAN, T. THOMPSON, P. GERRANS, INDIVIDUALLY,AND IN THEIR CAPACITIES AS POLICE OFFICERS EMPLOYED BY THE CITY OF OAKLAND, THE CITY OF OAKLAND AND DOES 1-10.<br><br>    Defendants. | Case No. C09-04757 BZ |

1  THE COURT AND ALL PARTIES ARE NOTIFIED THAT NICHOLAS MILLER makes
2  the following substitution:
3      1.    Former legal representative:  John A. Russo, City Attorney, Charles E. Vose,
4  Senior Deputy City Attorney, One Frank H,. Ogawa Plaza, 6th Floor, Oakland, California
5  94612, telephone (510) 238-2961.
6      2.    New legal representative:  Geoffrey A. Beaty, Esq., David T. Shuey, Esq.,
7  Rankin, Sproat, Mires, Beaty & Reynolds, 1970 Broadway, Suite 1150, Oakland, California,
8  94612
9      3.    Mr. Beaty's e-mail is beaty@rankinlaw.com and Mr. Shuey's e-mail address is
10 shuey@rankinlaw.com and their telephone number is (510) 465-3922.
11     4.    The parties making this substitution are defendants and so consent to this
12 substitution.
13     5.    I hereby attest that I have on file all holograph signatures for any signatures
14 indicated by a "conformed signature (/s/) with this e-filed document.

Dated: March 10, 2010

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____
Attorneys for Defendant
CITY OF OAKLAND, et al

I consent to this substitution:
Dated: March 18th, 2010

By: _____
NICHOLAS MILLER

1
2   I consent to this substitution:
3   Dated: March _10_, 2010          RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
4
5
            By _____/s/ David T. Shuey_____
6
            DAVID T. SHUEY
7
8   Good cause appearing, the substitution is approved.
9   **IT IS SO ORDERED**
10
11  Dated: _____April 9_____, 2010
12                                          _____/s/ Bernard Zimmerman_____
            BERNARD ZIMMERMAN
13          JUDGE OF THE UNITED STATES
            DISTRICT COURT
14
15
16
17
18
19
20
21
22
23
24
25
26