```
1  JOHN A. RUSSO, City Attorney – SBN 129729
   RANDOLPH W. HALL, Chief Assistant City Atty. – SBN 080142
2  JAMES F. HODGKINS, Supervising Trial Atty. – SBN 142561
   CHARLES E. VOSE, Senior Deputy City Atty. – SBN 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-2961    Fax: (510) 238-6500
   cevose@oaklandcityattorney.org
5  26944/648389

6  Attorneys for Defendant
   CITY OF OAKLAND, Et Al
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br><br>　　Plaintiff,<br><br>v.<br><br>OAKLAND POLICE OFFICERS NADIA CLARK, AND OAKLAND POLICE OFFICERS WHOSE NAMES ARE NOT KNOWN TO PLAINTIFFS AT THIS TIME, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, THE CITY OF OAKLAND, AND DOES 1-10,<br><br>　　Defendant(s). | Case No. C09-01613 BZ<br><br>**SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER** |
| VICTOR JONES,<br><br>　　Plaintiff,<br><br>v.<br><br>NADIA CLARK, R. MCMILLAN, T. THOMPSON, P. GERRANS, INDIVIDUALLY, AND IN THEIR CAPACITIES AS POLICE OFFICERS EMPLOYED BY THE CITY OF OAKLAND, THE CITY OF OAKLAND AND DOES 1-10.<br><br>　　Defendants. | Case No. C09-04757 BZ |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT NADIA CLARK makes the following substitution:

1. Former legal representative: John A. Russo, City Attorney, Charles E. Vose, Senior Deputy City Attorney, One Frank H,. Ogawa Plaza, 6th Floor, Oakland, California 94612, telephone (510) 238-2961.

2. New legal representative: Geoffrey A. Beaty, Esq., David T. Shuey, Esq., Rankin, Sproat, Mires, Beaty & Reynolds, 1970 Broadway, Suite 1150, Oakland, California, 94612

3. Mr. Beaty's e-mail is beaty@rankinlaw.com and Mr. Shuey's e-mail is shuey@rankinlaw.com and their telephone number is (510) 465-3922.

4. The parties making this substitution are defendants and so consent to this substitution.

5. I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed signature (/s/) with this e-filed document.

Dated: April 7, 2010

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____
Attorneys for Defendant
CITY OF OAKLAND

I consent to this substitution:

Dated: April 7, 2010

By _____
NADIA CLARK

2
SUBSTITUTION OF ATTORNEY                    C09-01613 BZ

1
2  I consent to this substitution:
3  Dated: April 7, 2010          RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
4
5                                By /s/ David T. Shuey
6                                   DAVID T. SHUEY
7
8  Good cause appearing, the substitution is approved.
9  **IT IS SO ORDERED**
10
11 Dated: April 9, 2010
12                                BERNARD ZIMMERMAN
13                                JUDGE OF THE UNITED STATES DISTRICT COURT
14
15
16
17
18
19
20
21
22
23
24
25
26