1  JOHN A. RUSSO, City Attorney -- SBN 129729
   RANDOLPH W. HALL, Chief Assistant City Atty. -- SBN 080142
2  JAMES F. HODGKINS, Supervising Trial Atty. -- SBN 142561
   CHARLES E. VOSE, Senior Deputy City Atty. -- SBN 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone: (510) 238-2961     Fax: (510) 238-6500
   cevose@oaklandcityattorney.org
5  26944/648389

6  Attorneys for Defendant
   CITY OF OAKLAND, Et Al

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  NOVENDER FLEMING,                        Case No.  C09-01613 BZ

12            Plaintiff,

13       v.                                  SUBSTITUTION OF ATTORNEY
                                             AND PROPOSED ORDER
14  OAKLAND POLICE OFFICERS NADIA
    CLARK, AND OAKLAND POLICE
15  OFFICERS WHOSE NAMES ARE NOT
    KNOWN TO PLAINTIFFS AT THIS TIME,
16  INDIVIDUALLY, AND IN THEIR
    CAPACITIES AS EMPLOYEES OF THE
17  CITY OF OAKLAND, THE CITY OF
    OAKLAND, AND DOES 1-10,
18
              Defendant(s).
19
    VICTOR JONES,                            Case No.  C09-04757 BZ
20
            Plaintiff,
21
         v.
22
    NADIA CLARK, R. MCMILLAN,
23  T. THOMPSON, P. GERRANS,
    INDIVIDUALLY,AND IN THEIR
24  CAPACITIES AS POLICE OFFICERS
    EMPLOYED BY THE CITY OF OAKLAND,
25  THE CITY OF OAKLAND AND DOES 1-10.
26            Defendants.

                                    1

2010-04-07 09:40     City of Oakland         (510) 238-6500 >>      5104523006  P 3/4

1    THE COURT AND ALL PARTIES ARE NOTIFIED THAT NADIA CLARK makes the

2    following substitution:

3       1.      Former legal representative: John A. Russo, City Attorney, Charles E. Vose,

4    Senior Deputy City Attorney, One Frank H,. Ogawa Plaza, 6th Floor, Oakland, California

5    94612, telephone (510) 238-2961.

6       2.      New legal representative: Geoffrey A. Beaty, Esq., David T. Shuey, Esq.,

7    Rankin, Sproat, Mires, Beaty & Reynolds, 1970 Broadway, Suite 1150, Oakland, California,

8    94612

9       3.      Mr. Beaty's e-mail is beaty@rankinlaw.com and Mr. Shuey's e-mail is

10    shuey@rankinlaw.com and their telephone number is (510) 465-3922.

11       4.      The parties making this substitution are defendants and so consent to this

12    substitution.

13       5.      I hereby attest that I have on file all holograph signatures for any signatures

14    indicated by a "conformed signature (/s/) with this e-filed document.

15

16    Dated: April 7, 2010

17                          JOHN A. RUSSO, City Attorney
                            RANDOLPH W. HALL, Chief Assistant City Attorney

18                          JAMES F. HODGKINS, Supervising Trial Attorney
                         CHARLES E. VOSE, Senior Deputy City Attorney

19

20                      By:_____

                         Attorneys for Defendant

21                          CITY OF OAKLAND

22       I consent to this substitution:

23    Dated: April 7 , 2010

24

25

26                      By_____
                         NADIA CLARK

SUBSTITUTION OF ATTORNEY                                     C09-01613 BZ

1

2      I consent to this substitution:

3    Dated: April __7__, 2010        RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

4

5                                    By ___David T. Shuey___

6                                          DAVID T. SHUEY

7

8      Good cause appearing, the substitution is approved.

9      **IT IS SO ORDERED**

10

11   Dated: _____April 9_____, 2010      _Bernard Zimmerman_

12                                             BERNARD ZIMMERMAN
                                               JUDGE OF THE UNITED STATES
13                                             DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

SUBSTITUTION OF ATTORNEY                                          C09-01613 BZ