UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br>         Plaintiff(s),<br>     v.<br>NADIA CLARK, et al.,<br>         Defendant(s). | No. C09-1613 BZ<br><br>and Consolidated Case |
| VICTOR JONES,<br>         Plaintiff(s),<br>     v.<br>NADIA CLARK, et al.,<br>         Defendant(s). | No. C09-4757 BZ<br><br>**ORDER GRANTING PLAINTIFFS'<br>MOTION FOR LEAVE TO FILE<br>SECOND AMENDED COMPLAINT** |

Before the Court is plaintiffs' motion for leave to file a second amended complaint. Because defendants have failed to show any prejudice, undue delay, bad faith, or futility, the motion is **GRANTED** in its entirety.

"In determining whether amendments are appropriate, courts commonly consider four factors: 1) bad faith of the moving party, 2) delay in the proceedings, 3) prejudice to the

1

1  nonmoving party, and 4)futility of the amendment." <u>Genentech,
2  Inc. v. Abbot Laboratories</u>, 127 F.R.D. 529, 530 (N.D.Cal.
3  1989) citing <u>DCD Programs, Ltd. v. Leighton</u>, 833 F.2d 183, 186
4  (9th Cir. 1987).  "The party opposing amendment bears the
5  burden of showing why amendment should not be granted." <u>Board
6  of Trustees of the Leland Stanford Junior Univ. v. Roche
7  Molecular Sys., Inc.</u>, 2008 WL 624771, at *6 (N.D.Cal. 2008).
8       Here, none of the factors weigh in favor of denying the
9  motion.  Though defendants have alleged bad faith, they have
10 neither cited authority nor submitted any evidence of bad
11 faith.  Further, this amendment will not cause any substantial
12 delay in the proceedings, as the June trial date was vacated
13 on **APRIL 5, 2010**.  Doc. No. 82.  Defendants argue that they
14 are prejudiced but decline to articulate how.  As fact
15 discovery will remain closed and the time to file dispositive
16 motions has been extended, I find that the amendment will not
17 prejudice the defendants.  Finally, defendants do not argue
18 that the amendment is futile.
19      **IT IS THEREFORE ORDERED** as follows:
20      1.  I find no need for further argument.
21      2.  Plaintiffs' motion for leave to file a second amended
22 complaint is **GRANTED**.  Plaintiffs **SHALL** file an amended
23 complaint by **APRIL 20, 2010**.  Defendants **SHALL** file an answer
24 by **MAY 10, 2010**.
25      3.  <u>Dates</u>:
26      Trial Date: **Monday, MARCH 14, 2011**, **8:30 a.m.**
27      Pretrial Conference: **Tuesday**, **FEBRUARY 22, 2011**,**4:00 p.m.**
28      Last Day for Expert Discovery: **JUNE 18, 2010**

2

4.  <u>Dispositive Motions</u>:

Defendants to file by **June 23, 2010**.

Plaintiffs to file opposition and any cross motion by **JULY 12, 2010**.

Defendants to file reply and opposition to any motion plaintiffs file by **JULY 26, 2010.**

Plaintiffs to file reply on their motion by **AUGUST 2, 2010.**

Hearing **AUGUST 31, 2010**, **AT 1:30 P.M.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

The parties are reminded to comply with the Court's procedures for summary judgment motions found in the earlier Pretrial Scheduling Order.

5.  The parties **SHALL** notify the court if the case settles.

Dated: April 14, 2010

                          Bernard Zimmerman
                    United States Magistrate Judge

G:\BZALL\-BZCASES\FLEMING v. CLARK\ORD GRANTING LEAVE TO AMEND.wpd

3