Wayne Johnson, SBN: 112588
Attorney At Law
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Darryl Parker, SBN 95914
Premier Law Group
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
Telephone: (206) 285-1743
Facsimile: (206) 599-6316
Email:  dparker@plg-pllc.com

Attorney for Plaintiffs, Novender Fleming and Victor Jones

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING AND VICTOR JONES, VICTOR JONES,<br>　　　　PLAINTIFFS,<br><br>v.<br><br>NADIA CLARK, ET.AL.<br><br><br><br>　　　　DEFENDANTS. | CIVIL NOS: 09 –1613 BZ; 09-4757 BZ<br><br>ORDER RE: LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br><br>DATE:  APRIL 28, 2010<br>TIME:   10:30 A.M.<br>CTRM:  G, 15th FL. |

Plaintiffs, Motion to file a Second Amended Complaint on or before April 22, 2010, is granted.  Defendants have until May 12, 2010 to file a responsive pleading.

IT IS SO ORDERED.

DATED: 23 April 2010

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

ORDER RE SECOND AMENDED COMPLAINT - 1 -