UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>NADIA CLARK, et al.,<br><br>　　　　Defendant(s). | No. C09-1613 BZ<br><br>and Consolidated Case |
| VICTOR JONES,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>NADIA CLARK, et al.,<br><br>　　　　Defendant(s). | No. C09-4757 BZ<br><br>**ORDER DENYING PLAINTIFFS' REQUEST TO RE-OPEN DISCOVERY** |

　　　Plaintiffs' request to re-open discovery (Doc. No. 101) is **DENIED**.  In their motion for leave to amend the complaint, plaintiffs stated that "it makes sense to add all relevant claims, particularly those that do not require additional discovery, especially those that are supported by the evidence."  Doc. No. 75 p. 2.  Plaintiffs characterized their amendment as "academic" and "supported by the discovery thus

1

1 far." Id. at 3.  Finally, plaintiffs directly stated that
2 they did not "foresee" any additional discovery being
3 necessary, which was a representation that the Court relied
4 upon when ruling on the motion to amend.  Doc. No. 76 ¶ 17.
5 Dated:  May 12, 2010

                                          Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\FLEMING v. CLARK\ORDER DENYING PLT'S REQUEST TO RE-OPEN DISCOVERY.wpd

2