1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   NOVENDER FLEMING,            )
                                  )
12            Plaintiff(s),       )      No. C09-1613 BZ
                                  )
13        v.                      )
                                  )
14   NADIA CLARK, et al.,         )
                                  )      and Consolidated Case
15            Defendant(s).       )
     _____ )
16   VICTOR JONES,                )
                                  )
17            Plaintiff(s),       )
                                  )      No. C09-4757 BZ
18        v.                      )
                                  )      **BRIEFING ORDER**
19   NADIA CLARK, et al.,         )
                                  )
20            Defendant(s).       )
                                  )
21   _____ )

22        Plaintiffs' request for leave to file a motion for

23   reconsideration (Doc. No. 104) is **GRANTED.  IT IS ORDERED** that

24   the motion **SHALL** be filed by **JUNE 9, 2010**.  Plaintiffs shall

25   attach the proposed discovery requests.  Any Opposition **SHALL**

26   be filed by **JUNE 23, 2010.**  Any reply **SHALL** be filed by **JUNE**

27   **28, 2010**.  The matter is scheduled to be heard on **JULY 7,**

28   **2010** at **10:00 a.m.** in Courtroom G, 15th Floor, Federal

                                  1

1   Building, 450 Golden Gate Avenue, San Francisco, California

2   94102.

3   Dated: June 3, 2010

4

5                          _____
                                  Bernard Zimmerman
6                          United States Magistrate Judge

7
    G:\BZALL\-BZCASES\FLEMING v. CLARK\SEC BRIEFING ORD.wpd
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28