1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11    NOVENDER FLEMING,                )
                                       )
12                Plaintiff(s),        )      No. C09-1613 BZ
                                       )
13          v.                         )
                                       )
14    NADIA CLARK, et al.,             )
                                       )      and Consolidated Case
15                Defendant(s).        )
      _____)
16    VICTOR JONES,                    )
                                       )
17                Plaintiff(s),        )
                                       )      No. C09-4757 BZ
18          v.                         )
                                       )      **TRIAL RESCHEDULING ORDER**
19    NADIA CLARK, et al.,             )
                                       )
20                Defendant(s).        )
                                       )
21    _____)

22          The Court's schedule having changed, **IT IS ORDERED** that

23    the jury trial in this matter shall begin on **Wednesday,**

24    **November 8, 2010, at 8:30 a.m.,** in Courtroom G, 15th Floor,

25    Federal Building, 450 Golden Gate Avenue, San Francisco,

26    California 94102.  The pretrial conference shall be held on

27    **Tuesday, October 26, 2010, 4:00 p.m.**  The **March 14, 2011** trial

28    date and corresponding pretrial conference on **February 22,**

                                      1

1    **2011** are **VACATED**.   The previously issued Pretrial Preparation

2    Order remains in full force and effect.

3    Dated: July 8, 2010

4                                        Bernard Zimmerman

5                               United States Magistrate Judge

6
     G:\BZALL\-BZCASES\FLEMING v. CLARK\SEC SCHED ORD.wpd
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         2