1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   NOVENDER FLEMING,            )
                                  )
12             Plaintiff(s),      )      No. C09-1613 BZ
                                  )
13        v.                      )
                                  )
14   NADIA CLARK, et al.,         )
                                  )      and Consolidated Case
15             Defendant(s).      )
     ─────────────────────────────)
16   VICTOR JONES,                )
                                  )
17             Plaintiff(s),      )
                                  )      No. C09-4757 BZ
18        v.                      )
                                  )      **AMENDED TRIAL**
19   NADIA CLARK, et al.,         )      **RESCHEDULING ORDER**
                                  )      (Corrects day trial
20             Defendant(s).      )       shall start)
                                  )
21   ─────────────────────────────)

22        The Court's schedule having changed, **IT IS ORDERED** that

23   the jury trial in this matter shall begin on **Monday,**

24   **November 8, 2010, at 8:30 a.m.,** in Courtroom G, 15th Floor,

25   Federal Building, 450 Golden Gate Avenue, San Francisco,

26   California 94102.  The pretrial conference shall be held on

27   **Tuesday, October 26, 2010, 4:00 p.m.**  The **March 14, 2011** trial

28   date and corresponding pretrial conference on **February 22,**

                                  1

1    **2011** are **VACATED**.   The previously issued Pretrial Preparation

2    Order remains in full force and effect.

3    Dated: July 9, 2010

4

                               Bernard Zimmerman

5                  United States Magistrate Judge

6

7    G:\BZALL\-BZCASES\FLEMING v. CLARK\AMENDED SEC SCHED ORD.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28