1  Wayne Johnson, SBN: 112588
   Attorney At Law
2  P.O. Box 19157
   Oakland, CA 94619
3  (510) 451-1166

4  Darryl Parker, SBN 95914
   PREMIER LAW GROUP, PLLC
5  3380 146th Place S.E, Suite 430
   Bellevue, Washington 98007
6  Telephone: (206) 285-1743
   Facsimile: (206) 599-6316
7
   Attorneys for Plaintiffs
8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT CALIFORNIA

11 NOVENDER FLEMING,              )
                                  ) No. C09-01613 BZ
12            Plaintiff(s),       ) and consolidated case
                                  ) C09-4757 BZ
13        v.                      )
                                  )
14 NADIA CLARK, et al.,           ) (PROPOSED) ORDER GRANTING
                                  ) APPLICATION TO CONTINUE
15            Defendant(s).       ) SUMMARY JUDGMENT MOTION
   ―――――――――――――――――――――          ) HEARING FROM AUGUST 31, 2010 TO
   VICTOR JONES,                  ) SEPTEMBER 7, 2010
16            Plaintiff(s),       )
                                  )
17        v.                      )
                                  )
18 NADIA CLARK, et al.,           )
              Defendant(s).       )
19                                )
                                  )
20
       THIS MATTER having come before the Court and having reviewed Plaintiff's
21
   Application and Stipulation to Continue Summary Judgment Motion Hearing from August
22

23
   (PROPOSED) ORDER GRANTING APPLICATION TO CONTINUE SUMMARY       PREMIER LAW GROUP PLLC
   JUDGMENT MOTION HEARING FROM AUGUST 31, 2010 TO SEPTEMBER 7, 2010   3380 – 146th PL SE, STE 430
   (No. C-09-1613 AND 09-4757 BZ) - 1                                  Bellevue, Washington 98007
                                                                       (206) 285-1743

1  31, 2010 at 1:30 p.m. to September 7, 2010 at 1:30 p.m. and the files and the Court being
2  fully advised in the premises, now, therefore,

3      IT IS HEREBY ORDERED THAT the hearing on the Motion for Summary
4  Judgment currently set for August 31, 2010 is be continued to September 7, 2010 at 1:30
5  p.m.

6

7  Dated: _____
                     BERNARD ZIMMERMAN
8                       United States Magistrate Judge

9

10  DATED: August 12, 2010

11  **REQUEST IS DENIED.**



(PROPOSED) ORDER GRANTING APPLICATION TO CONTINUE SUMMARY    **PREMIER LAW GROUP PLLC**
JUDGMENT MOTION HEARING FROM AUGUST 31, 2010 TO SEPTEMBER 7, 2010    3380 – 146th PL SE, STE 430
(No. C-09-1613 AND 09-4757 BZ) - 2    Bellevue, Washington 98007
   (206) 285-1743