UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br><br>        Plaintiff(s),<br><br>  v.<br><br>NADIA CLARK, et al.,<br><br>        Defendant(s).<br>──────────────────────<br>VICTOR JONES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>NADIA CLARK, et al.,<br><br>        Defendant(s). | No. C09-1613 BZ<br><br>and Consolidated Case<br><br><br><br>No. C09-4757 BZ<br><br>**SCHEDULING ORDER** |

As the parties were informed on August 31, 2010, trial will commence on **Wednesday, November 10, 2010 at 8:30 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  In as much as November 11, 2010 is a federal holiday and this building will be closed to the public, no testimony will be taken on that day.

Dated: October 19, 2010

                                          Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\FLEMING v. CLARK\SCHEDULING ORDER RE CHANGE IN TRIAL DATE.wpd