UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br><br>    Plaintiff(s),<br><br>v.<br><br>NADIA CLARK, et al.,<br><br>    Defendant(s).<br>―――――――――――――――<br>VICTOR JONES,<br><br>    Plaintiff(s),<br><br>v.<br><br>NADIA CLARK, et al.,<br><br>    Defendant(s).<br>―――――――――――――――| No. C09-1613 BZ<br><br>and Consolidated Case<br><br>No. C09-4757 BZ<br><br><br><br>REFRESHMENT ORDER |

       IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries to be delivered no later than 8:00 a.m. for the seven (7) members of the jury in the above-entitled matter beginning **Friday, November 12, 2010**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom G , 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

       IT IS SO ORDERED.

       Dated: November 10, 2010

                                                Bernard Zimmerman<br>
                                                United States Magistrate Judge

N:\YiuA\Fleming Trial\Refreshment Order.wpd