Geoffrey A. Beaty, Esq. (Bar No. 84997)
David T. Shuey, Esq. (Bar No. 162087)
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
A Professional Corporation
1970 Broadway, Suite 1150
Oakland, CA 94612
Tel: (510) 465-3922 – Fax: (510) 452-3006

[E-FILING MANDATORY]

Attorneys for Defendants,
CITY OF OAKLAND, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br><br>    Plaintiff,<br>vs.<br><br>OAKLAND POLICE OFFICERS NADIA CLARK, AND OAKLAND POLICE OFFICERS WHOSE NAMES ARE NOT KNOWN AT THIS TIME, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, THE CITY OF OAKLAND, AND DOES 1-10,<br><br>    Defendants.<br>_____/<br>VICTOR JONES,<br><br>    Plaintiff,<br>vs.<br><br>NADIA CLARK, R. MCMILLAN, T. THOMPSON, P. GERRANS, INDIVIDUALLY, AND IN THEIR CAPACITIES AS POLICE OFFICERS EMPLOYED BY THE CITY OF OAKLAND, THE CITY OF OAKLAND AND DOES 1-10,<br><br>    Defendants.<br>_____/ | **Lead Case Number:** 3:09-cv-01613-BZ<br>[Consolidated with Case #: 3:09-cv-04757-BZ]<br><br>[~~PROPOSED~~] ORDER EXTENDING THE TIME FOR PLAINTIFFS TO FILE A MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. 1988. |

Second Stipulation and Request for Order; Declaration; Proposed Order      6      3:09-cv-01613-BZ
3:09-cv-04757-BZ

Pursuant to stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall file any motion for attorneys' fees pursuant to 42 U.S.C. 1988 on or before December 23, 2010.

12/14/10

_____
BERNARD ZIMMERMAN
United States Magistrate Judge