Wayne Johnson, SBN: 112588
Attorney At Law
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Darryl Parker, SBN 95914
Premier Law Group
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
Telephone: (206) 285-1743
Facsimile: (206) 599-6316
Email:  dparker@plg-pllc.com

Attorney for Plaintiffs

Geoffrey A. Beaty, State Bar # 84997
David Shuey, State Bar # 162087
Rankin, Sproat, Mires, Beaty & Reynolds
1970 Broadway, Suite 1150
Oakland, California 94612
beaty@rankinlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING, VICTOR JONES | CIVIL NO. 09-1613 BZ; 09-4757 BZ |
| PLAINTIFF, | STIPULATION AND ORDER TO EXTEND TIME ON ATTORNEYS' FEES MOTION |
| v. | |
| OAKLAND POLICE OFFICERS NADIA CLARK, ET AL., | DATE: TIME. CTRM: G, 15th FL |
| DEFENDANTS. | |

The parties have reached a tentative settlement over the issue of attorneys' fees pursuant to Title 42 U.S.C. §1988.  The time for filing the motion for attorneys' fees has been extended to December 23, 2010, and the parties stipulate that attorneys for Plaintiffs shall be granted an additional extension of time up to and including the May 2, 2011, to complete the necessary paperwork.

STIPULATION TO EXTEND TIME FOR FILING ATTORNEYS' FEES MOTION        - 1 –

IT IS SO STIPULATED.

Dated: December 21, 2010

                                 /s/
                                 Wayne Johnson, on his behalf and on
                                 Behalf of Darryl Parker
                                 Attorneys for Plaintiffs

Dated: December 21, 2010

                                 /s/
                                 Geoffrey A. Beaty
                                 Counsel for Defendants

## ORDER

The parties have reached a tentative settlement over the issue of attorneys' fees pursuant to Title 42 U.S.C. §1988.  The parties have stipulated that attorneys for plaintiffs shall be granted an additional extension of time up to and including the May 2, 2011, to complete the necessary documents.

IT IS SO ORDERED.

DATED:  December 23, 2010

                                 UNITED STATES ~~DISTRICT COURT~~
                                 MAGISTRATE JUDGE