| | |
|---|---|
| David T. Shuey, Esq. (Bar No. 162087)<br>RANKIN, SPROAT, MIRES, BEATY & REYNOLDS<br>A Professional Corporation<br>1970 Broadway, Suite 1150<br>Oakland, CA 94612<br>Tel: (510) 465-3922 – Fax: (510) 452-3006<br><br>Attorneys for Defendants,<br>CITY OF OAKLAND, et al. | **[E-FILING MANDATORY]** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENDER FLEMING,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKLAND POLICE OFFICERS NADIA CLARK, AND OAKLAND POLICE OFFICERS WHOSE NAMES ARE NOT KNOWN AT THIS TIME, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, THE CITY OF OAKLAND, AND DOES 1-10,<br><br>    Defendants.<br>_____/<br>VICTOR JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>NADIA CLARK, R. MCMILLAN, T. THOMPSON, P. GERRANS, INDIVIDUALLY, AND IN THEIR CAPACITIES AS POLICE OFFICERS EMPLOYED BY THE CITY OF OAKLAND, THE CITY OF OAKLAND AND DOES 1-10,<br><br>    Defendants.<br>_____/ | **Lead Case Number**: 3:09-cv-01613-BZ<br>[Consolidated with Case #: 3:09-cv-04757-BZ]<br><br>[~~PROPOSED~~] **ORDER RE: BILL OF COSTS** |

| | | |
|---|---|---|
| Stipulation and Request for Order<br>Re: Bill of Costs | 3 | 3:09-cv-01613-BZ<br>3:09-cv-04757-BZ |

Pursuant to stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the correct total costs to be taxed in this matter are $6,247.99.

Dated:  March 17, 2011

HON. BERNARD ZIMMERMAN
United States Magistrate Judge